1    HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   KRISTOPHER AAGE SWENSON,

11                  Plaintiff,              Case Nos. MC08-5014RBL
                                                  through MC08-5044RBL
12           v.

13   E.J. LODGE and C. BURKE,               ORDER

14                  Defendants.

15

16

17        THIS MATTER comes on before the above-entitled Court upon filings by the plaintiff in these 31

18   closed cases.  Having considered the entirety of the records and file herein, the Court finds and rules as

19   follows:

20        In June, 2008 plaintiff filed 31 separate complaints seeking to bring federal criminal charges against

21   the Honorable Edward J. Lodge, United States District Court Judge for the District of Idaho, and others.

22   On October 14, 2008 this Court dismissed the complaints and closed the cases.  Plaintiff has now filed in

23   each of the closed cases identical and non-sensical Notices and Affidavits.  The documents the plaintiff has

24   filed are both voluminous and frivolous, and unnecessarily burden the Clerk's Office due to the time and

25   labor required to scan them into the Court's electronic filing system and post them to the docket.  The

26   Court will accept no further filings in these closed cases.  If plaintiff attempts to file any more documents in

27   these closed cases, they will be returned to him.

28

No motion for reconsideration of this Order will be entertained.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 9th day of February, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE